IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 07-00356-CG |
| | ) | |
| GLENDA MANGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on defendant's motion for reconsideration of sentence and amended motion for reconsideration of sentence (Docs. 21 and 22).

A district court may not modify a term of imprisonment once it has been imposed except: (1) where, upon motion of the Director of the Bureau of Prisons, (a) extraordinary and compelling reasons warrant such a reduction, or (b) the defendant is at least 70 years of age and the Bureau of Prisons determines that the defendant is not a danger to the safety of any other person or the community; (2) where permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; and where a sentencing range has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c).  Rule 35, however, only allows a court to correct or reduce a sentence resulting from "arithmetical, technical or other clear error" within seven days of sentencing, or to reduce a sentence upon motion by the government for a reduction for substantial assistance.  Fed.R.Crim.P. 35.

This case fits none of those exceptions[1].  The motion is **DENIED.**

**DONE and ORDERED** this 24th day of July, 2008.

          /s/   Callie V. S. Granade          
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Counsel, who is on this court's CJA panel, should know that this motion has no basis.